# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KENNETH D. LANGSTON                                                              PLAINTIFF

v.                                  No. 4:18-cv-00391-JM

TALECRIS PLASMA RESOURCES/GRIFOLS                                      DEFENDANT

## ORDER

On October 23, 2018, the Court ordered Kenneth D. Langston to provide proof of service of summons and complaint within ten days from the entry of that Order. Langston has not complied. This action is therefore dismissed without prejudice.

IT IS SO ORDERED this 31st day of May, 2019.

_____
JAMES M. MOODY, JR
UNITED STATES DISTRICT JUDGE